IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,                                              No. 2:11-cv-01652-MCE-EFB P

      Plaintiff,

   vs.                                                              <u>ORDER</u>

K. DICKINSON, et al.,

      Defendants.

_____/

     On December 27, 2011, plaintiff filed "objections" to the magistrate judge's order filed December 13, 2011, which the court construes as a request for reconsideration. Pursuant to E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

     Therefore, IT IS HEREBY ORDERED that Plaintiff's request for reconsideration (ECF No. 14) is DENIED.

Dated: February 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE