UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB SAVAGE,<br><br>     Plaintiff,<br><br>     v.<br><br>K. DICKINSON, et al.,<br><br>     Defendants. | No.  2:11-cv-1652-MCE-EFB P<br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 8, 2013, the magistrate judge filed findings and recommendations herein, ECF No. 23, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Despite an extension of time, Plaintiff has not filed objections to the findings and recommendations.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations filed October 8, 2013, ECF No. 23, ARE ADOPTED IN FULL; and

2. All claims, except those identified in the magistrate judge's October 8, 2013 order and findings and recommendations, ECF No. 23, as cognizable against Defendants Dickinson, Andreason, Thumser, Carlock, Burt, Gonzales, Thomas, and Imhoff, are DISMISSED for failure to state a claim or as improperly joined.

IT IS SO ORDERED.

Dated:  March 3, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT