UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

Plaintiff,

v.

K. DICKINSON, et al.,

Defendants.

No. 2:11-cv-1652-MCE-EFB P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2014, the Magistrate Judge filed Findings and Recommendations herein (ECF No. 44) which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within fourteen days. Neither party has filed objections to the Findings and Recommendations.

///

///

///

///

///

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly:

1.  The Findings and Recommendations filed June 6, 2014 (ECF No. 44), are ADOPTED IN FULL; and

2.  Defendant Andreason is DISMISSED from this action.  See Fed. R. Civ. P. 25(a)(1) (if motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed").

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT