IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOB SAVAGE,** | Case No. 2:11-cv-01652-MCE-EFB |
| Plaintiff, | **[PROPOSED] ORDER** |
| **v.** | |
| **K. DICKINSON, et al.,** | |
| Defendants. | |

Defendants filed a motion to modify the Discovery and Scheduling Order to extend the deadline for dispositive motions by fourteen days. Good cause appearing Defendants' motion is GRANTED. Defendants shall file any Motion for Summary Judgment not later than April 23, 2015.

Dated: April 10, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1